# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TMC FUEL INJECTION SYSTEM, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 12-4971 |
| FORD MOTOR COMPANY | : | |

## ORDER

AND NOW, this 13th day of January, 2014, upon consideration of the parties' written submission on claim construction, following a *Markman* hearing held on October 15, 2013, at which the parties were heard, it is **ORDERED** that the meaning and scope of the patent claims asserted to be infringed and presented by the parties for construction are determined as set forth in the Memorandum filed this date.



*/s/ Norma L. Shapiro*

J.