IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**TMC FUEL INJECTION SYSTEM, LLC** : **CIVIL ACTION**
:
**v.** :
:
**FORD MOTOR COMPANY** : **NO. 12-4971**

### ORDER

AND NOW, this 20th day of April, 2016, after consideration of the Motion for Summary Judgment of Non-Infringement of Ford Motor Company ("Ford"), the opposition brief of TMC Fuel Injection System, LLC ("TMC"), both parties' supplemental briefs, and the Patent Trial and Appeal Board decision dated June 22, 2015, and for the reasons stated in the accompanying memorandum of today's date, it is **ORDERED** that:

1. Ford's Motion for Summary Judgment of Non-Infringement (paper no. 86) is **GRANTED**.

2. TMC's Motion to Exclude Opinion of Ford's Expert Dr. Gregory Davis (paper no. 62) is **DENIED AS MOOT**.

3. TMC's Motion to Exclude Opinion of Ford's Expert Michael H. Chase (paper no. 63) is **DENIED AS MOOT**.

4. Ford's Motion in Limine to Exclude the Opinions of Walter Bratic and Gerard Muller (paper no. 80) is **DENIED AS MOOT**.

5. Ford's Motion in Limine to Exclude the Expert Report and Testimony of Gerard Muller (paper no. 81) is **DENIED AS MOOT**.

6. Ford's Motion to Strike TMC's New Infringement Contention (paper no. 82) is **DENIED AS MOOT**.

7. Ford's Daubert Motion to Exclude the Expert Report and Testimony of Walter Bratic (paper no. 85) is **DENIED AS MOOT**.

8. Ford's Motions in Limine (paper no. 87) is **DENIED AS MOOT**.

9. TMC's Motion to Exclude Ford from Introducing Testimony from the Inventor Regarding the Meaning of the Claims (paper no. 99) is **DENIED AS MOOT**.

10. TMC's Motion to Exclude Ford from Mentioning that Third-Party Companies did not Agree to License the Patent-in-Suit (paper no. 100) is **DENIED AS MOOT**.

11. TMC's Motion to Preclude Ford from Introducing Evidence Concerning Ford Vehicles Not Accused of Infringement (paper no. 101) is **DENIED AS MOOT**.

12. The Clerk of Court shall mark this case **CLOSED**.

                                                        */s/ Norma L. Shapiro*
                                                        **Norma L. Shapiro**
                                                        **United States District Judge**